Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Bevin Allen Pike (SBN 221936)
Bevin.Pike@capstonelawyers.com
Orlando Villalba (SBN 232165)
Orlando.Villalba@capstonelawyers.com
Joseph Hakakian (SBN 323011)
Joseph.Hakakian@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:    (310) 556-4811
Facsimile:    (310) 943-0396

Attorneys for Plaintiff Rogelio Castro

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO CASTRO, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>        vs.<br><br>PPG INDUSTRIES, INC., a Pennsylvania corporation; SIERRACIN/SYLMAR CORPORATION, a California corporation; SIERRACIN CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.:  2:20-cv-02110 PA (MRWx)<br><br>Hon. Percy Anderson<br><br>**NOTICE OF MOTION IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date:   August 31, 2020<br>Time:   1:30 p.m.<br>Place:  Courtroom 9A |

**TO THIS COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on August 31, 2020, at 1:30 p.m. in Courtroom 9A of the United States District Court for the Central District of California, located at the First Street Courthouse, 350 W. 1st Street, 9th Floor, Los Angeles, CA 90012, the Honorable Percy Anderson presiding, Plaintiff Rogelio Castro will and hereby does move for an Order certifying this case as a class action against Defendants PPG Industries, Inc.; Sierracin Corporation; and Sierracin/Sylmar Corporation ("Defendants").

Specifically, Plaintiff requests that this Court, pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3):

A.  **Certify the Following Class**:

All individuals employed by Defendants in California as non-exempt, hourly paid employees who worked at any time from January 31, 2016 through the date of class certification, and the following subclasses:

**Rest Break Subclass:**  All Class Members who worked at least one shift of more than 3.5 hours from January 31, 2016 through the date of class certification; and

**Meal Break Subclass:**  All non-exempt, hourly paid employees who worked for Defendants in California at any time from January 31, 2016 through the date of class certification, and who worked at least one shift of more than 6 hours; and

**Meal Break Waiver Subclass:**  All non-exempt, hourly-paid employees who worked for Defendants in California at any time from January 31, 2016 through the date of class certification and who worked at least one shift between five and

NOTICE OF MOTION FOR CLASS CERTIFICATION

1              six hours or between 10 and 12 hours;

2              **Wage Statement Subclass:**   All non-exempt, hourly-paid

3              employees who worked for Defendants in California at any

4              time from January 31, 2019 through February 29, 2020 and

5              who received at least one wage statement from Defendants; and

6              **Derivative Claims Subclass:** Plaintiff's Complaint also

7              includes claims pursuant to Labor Code sections 201, 202, 203,

8              204, 226, 510, 1174(d), 1194, 1197, 1197.1, 1198, and Business

9              & Professions Code section 17200, *et seq.* These claims are

10             entirely or partially derivative of the putative class claims at

11             issue in this Motion and should be certified along with them.

12      B.      Appoint Plaintiff Rogelio Castro as representative for the proposed

13 Class and Subclasses.

14      C.      Appoint Capstone Law APC as Class Counsel for the proposed Class

15 and Subclasses.

16      Plaintiff's Motion for Class Certification will be made on the grounds that the

17 proposed Class and Subclasses are ascertainable and are so numerous that joinder of

18 all members is impracticable; that there are questions of law or fact common to

19 each proposed Subclass; that Plaintiff shares interests and claims typical to all other

20 members of the proposed Class and Subclasses; that Plaintiff is a member of the

21 proposed Class and Subclasses that she seeks to represent and is able to fairly and

22 adequately protect their members' interests; that Capstone Law APC is qualified to

23 represent Class and Subclass members in this litigation as Class Counsel; that

24 questions of law or fact common to each proposed Subclass member predominate

25 over any questions affecting only individual class members; and that the class

26 action device is the superior method of adjudication to other available methods.

27      This Motion is based on this Notice, the concurrently filed Memorandum of

28 Points and Authorities; the Declarations of Melissa Grant, Rogelio Castro, and

1   David Lewin; the Class Action Trial Plan; as well as the concurrently lodged

2   [Proposed] Order; the other records, pleadings and papers filed in this action; and

3   upon any other documentary and oral evidence or argument that may be presented

4   to the Court at the hearing.

5

6   Dated:  July 27, 2020                    Capstone Law APC

7

8                                      By: */s/ Melissa Grant*
                                          _____
9                                          Melissa Grant
                                          Bevin Allen Pike
10                                         Orlando Villalba
                                          Joseph Hakakian
11
12                                         Attorneys for Plaintiff Rogelio Castro

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION FOR CLASS CERTIFICATION