**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO CASTRO, individually, and on behalf of other members of the general public similarly situated, | CV 20-2110 PA (MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| PPG INDUSTRIES, INC.; SIERRACIN/SYLMAR CORPORATION; SIERRACIN CORPORATION, | |
| Defendants. | |

Pursuant to the Court's January 8, 2021 Minute Order granting the Motion for Partial Summary Judgment filed by defendants PPG Industries, Inc., Sierracin/Sylmar Corporation, and Sierracin Corporation (collectively "Defendants"), which granted summary judgment to Defendants on those claims the Court had certified as class claims brought by plaintiff Rogelio Castro ("Plaintiff"), and the Court's March 9, 2021 Order granting the parties' Joint Stipulation to Dismiss and Strike Portions of Amended Complaint, which struck and dismissed the remaining claims contained in the operative First Amended Complaint,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.     Defendants shall have judgment in their favor and against Plaintiff and the class on the certified claims; and

2.     Plaintiff's individual claims are dismissed without prejudice except for Plaintiff's class/representative rest break claim, class/representative wage statement claims, and derivative claims therefrom, as well as representative meal break waiver claim and representative drug testing claim that were adjudicated in the Order Granting Partial Summary Judgment; and

3.     Plaintiff take nothing and that Defendants shall have their costs of suit.

DATED: March 10, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE