Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Orlando Villalba (SBN 232165)
Orlando.Villalba@capstonelawyers.com
Helga Hakimi (SBN 257381)
Helga.Hakimi@capstonelawyers.com
Roxanna Tabatabaeepour (SBN 260187)
Roxanna.Taba@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for *Plaintiff Rogelio Castro*

*continued on the next page*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO CASTRO, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PPG INDUSTRIES, INC., a Pennsylvania corporation; SIERRACIN/SYLMAR CORPORATION, a California corporation; SIERRACIN CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  2:20-cv-02110 PA (MRWx)<br><br>Hon. Percy Anderson<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Trial Date: March 7, 2023 at 9:00 a.m.<br><br>Location: Courtroom 9A<br><br>Complaint Filed: January 31, 2020 |

| | |
|---|---|
| 1 | Everett Clifton Martin, IV (SBN 227357) |
| 2 | cmartin@littler.com |
|   | LITTLER MENDELSON, P.C. |
| 3 | 633 West Fifth Street, 63rd Floor |
|   | Los Angeles, CA 90071 |
| 4 | Telephone: (213) 443-4300 |
| 5 | Facsimile: (213) 443-4299 |
| 6 | Robert W. Pritchard, pro hac vice |
|   | rpritchard@littler.com |
| 7 | LITTLER MENDELSON, P.C. |
|   | 625 Liberty Avenue, 26th Floor |
| 8 | Pittsburgh, PA 15222 |
| 9 | Telephone: (412) 201-7628 |
| 10 | Attorneys for *Defendant Sierracin/Sylmar Corp.* |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 40-2, Plaintiff Rogelio Castro ("Plaintiff") and Defendant Sierracin/Sylmar Corp. ("Defendant") (collectively, the "Parties") hereby advise the Court and the Court Clerk that the Parties have reached a global settlement in principle of this case as to all claims. The Parties are in the process of finalizing a written settlement agreement memorializing the terms of their agreement, and Plaintiff will promptly file the appropriate requests for dismissal upon execution of the Parties' agreement.

Accordingly, the Parties request that the Court vacate the March 7, 2023 trial date and all pre-trial deadlines, and stay all further proceedings while the Parties finalize their written settlement agreement.

Dated: February 9, 2023          Capstone Law, APC

                                          */s/ Melissa Grant*_____
                                          Melissa Grant
                                          Orlando Villalba
                                          Helga Hakimi
                                          Roxanna Tabatabaeepour
                                          Attorneys for Plaintiff ROGELIO CASTRO

Dated: February 9, 2023          Litter Mendelson, P.C.

                                    By: */s/ Robert Pritchard*_____
                                          Everett Clifton Martin, IV
                                          Robert W. Pritchard, *pro hac vice*
                                          Attorneys for Defendant

I, Melissa Grant, hereby attest that all other signatories listed and on whose behalf

1  the filing is submitted concur in the filing's content and have authorized the filing.

2  Dated: February 9, 2023				Capstone Law APC

						By: /s/ *Melissa Grant*
						Melissa Grant

						Attorneys for Plaintiff